IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BART KENNEDY**                                                                                    **PETITIONER**

**4:20CV00606 BRW/PSH**

**LAFAYETTE WOODS, Jr.,**
**SHERIFF, JEFFERSON COUNTY, and**
**STATE OF ARKANSAS**                                                                **RESPONDENTS**

**ORDER**

I have received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris.  No objections have been filed.  After careful review, I approve and adopt the Findings and Recommendations in all respects.  Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order.  In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 13th day of November, 2020.

                                                      Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE