IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BART KENNEDY**                                                      **PETITIONER**

4:20CV00606 BRW/PSH

**LAFAYETTE WOODS, Jr.,**
**SHERIFF, JEFFERSON COUNTY, and**
**STATE OF ARKANSAS**                              **RESPONDENTS**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 13th day of November, 2020.

                                                  Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE